Entered on Docket
October 24, 2006

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:       bkfilings@s-mlaw.com

Counsel for Lenard E. Schwartzer, Liquidating Trustee

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**AMERICAN PLAN, LLC, a Nevada Corporation,**<br><br>Debtor. | Case No. BK-S-04-22633 BAM<br>Chapter 11<br><br>Case No. BK-S-04-22635 BAM<br>Chapter 11 |
| In re:<br><br>**MESQUITE REBB, LLC, a Nevada Corporation,**<br><br>Debtor. | **JOINTLY ADMINISTERED**<br><br>Adversary No.  06-01135BAM |
| **LENARD E. SCHWARTZER, LIQUIDATING TRUSTEE,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>Defendant. | **ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE PURSUANT TO FED.R.BANKR. P. 9019**<br><br>Date:  October 4, 2006<br>Time:  9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\Schwartzer, Trustee\Mesquite Rebb\Adversary - Bank of America\order 9019.doc

1

The Trustee's Motion for Approval of Compromise Pursuant to Fed.R.Bankr.P. 9019 (the "Motion") having come before this court on the 4th day of October, 2006; Lenard E. Schwartzer, Trustee, appearing by and through his counsel, Jason A. Imes, Esq. of Schwartzer & McPherson Law Firm; Bank of America, appearing by and through its counsel, Richard Holley, Esq. of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson; the Court having reviewed the Motion and good cause appearing, it is

**ORDERED** that the Trustee's Motion is granted and the Trustee is authorized to settle his action against Bank of America (the "Complaint") for the sum of $20,335.98 as set forth in the Settlement Agreement attached hereto;

**IT IS FURTHER ORDERED** that Bank of America shall have an allowed general unsecured claim in the amount of $18,643.96 in the American Plan case.

Prepared By:

Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Counsel for Lenard E. Schwartzer, Trustee


Approved / Disapproved by:


Richard Holley, Esq.
Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Counsel for Bank of America

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

P:\Schwartzer, Trustee\Mesquite Rebb\Adversary - Bank of America\order 9019.doc

The Trustee's Motion for Approval of Compromise Pursuant to Fed.R.Bankr.P. 9019 (the "Motion") having come before this court on the 4th day of October, 2006; Lenard E. Schwartzer, Trustee, appearing by and through his counsel, Jason A. Imes, Esq. of Schwartzer & McPherson Law Firm; Bank of America, appearing by and through its counsel, Richard Holley, Esq. of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson; the Court having reviewed the Motion and good cause appearing, it is

**ORDERED** that the Trustee's Motion is granted and the Trustee is authorized to settle his action against Bank of America (the "Complaint") for the sum of $20,335.98 as set forth in the Settlement Agreement attached hereto;

**IT IS FURTHER ORDERED** that Bank of America shall have an allowed general unsecured claim in the amount of $18,643.96 in the American Plan case.

Prepared By:

_____

Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Counsel for Lenard E. Schwartzer, Trustee

Approved / Disapproved by:

_____

Richard Holley, Esq.
Santoro, Driggs, Walch, Kearney, Johnson & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Counsel for Bank of America

### #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 852-0122

2